IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT PENA,<br><br>    Petitioner,<br><br>vs.<br><br>TONY HEDGPETH, Warden,<br><u>et al.</u>,<br><br>    Respondents. | No. 2:06-CV-2753-RRB-KJM P<br><br>**<u>ORDER</u>** |

      Plaintiff Joseph Vincent Pena ("Plaintiff"), a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On April 17, 2007, Magistrate Judge Kimberly J, Mueller filed Findings and Recommendations (Docket 8) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Petitioner has filed Objections to the Magistrate's Findings and Recommendations at Docket 9.

ORDER DENYING PETITIONER'S MOTION FOR STAY - 1
2:06-CV-2753-RRB-KJM P

Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes; and, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a <u>de novo</u> review of the relevant pleadings filed in this matter. Having carefully and thoroughly reviewed the same, the court finds the Magistrate's Findings and Recommendations at Docket 8 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations at Docket 8, filed on April 17, 2007, are adopted in full;

2. Petitioner's December 6, 2006, Motion to Stay at **Docket 3** is **DENIED**; and

3. Petitioner is to inform the Court, **within ninety days**, whether he wishes to proceed on his exhausted claims; or, dismiss this matter without prejudice.

ENTERED this 2nd day of October, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S MOTION FOR STAY - 2
2:06-CV-2753-RRB-KJM P