IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH VINCENT PENA,

    Petitioner,                    No. CIV S-06-2753 JAM KJM P

    vs.

MICHAEL KNOWLES, et al.,

    Respondents.               ORDER

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition.

        Petitioner asks that the court recognize another inmate as "next friend" to assist petitioner in the litigation of this matter. Petitioner's request will be denied. However, if the court determines at some point during the course of this action that the interests of justice require that petitioner be appointed counsel, the court will appoint counsel to represent petitioner.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

5. Petitioner's request that Phal Sok be appointed "next friend" (docket no. 13) is denied.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1
pena2753.100(10.3.07)

2