1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P.  FARRELL
   Senior Assistant Attorney General
4  BRIAN G. SMILEY
   Supervising Deputy Attorney General
5  DAWN MORTAZAVI
   Deputy Attorney General
6  State Bar No. 223230
     1300 I Street
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 324-0069
     Fax: (916) 324-2960
9    Email: dawn.mortazavi@doj.ca.gov
   Attorneys for Respondents
10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13   **JOSEPH VINCENT PENA,**                    **CIV-S-06-2753 JAM KJM P**

14                              Petitioner,              **ORDER**

15           v.

16   **MICHAEL KNOWLES, et al,**

17                              Respondents.

18

19           Respondents have filed a request to modify the briefing schedule.

20           1. GOOD CAUSE APPEARING, it is hereby ordered that Respondents' request (docket

21   no. 21) is hereby granted.

22           2.  The scheduling order is hereby modified for Respondents to file a response to the

23   petition for writ of habeas corpus within thirty days from the date of this order.

24   DATED:  July 28, 2008.

25                                              _____
                                                U.S. MAGISTRATE JUDGE
26

27

28