IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH VINCENT PENA,

      Petitioner,                No. CIV S-06-2753 JAM KJM P

    vs.

MICHAEL KNOWLES, et al.,

      Respondents.            <u>ORDER</u>

                               /

         The request filed by Phal Sok to appear in this action as petitioner's "next friend" (#26) is denied. <u>See</u> May 30, 2008 Order. The court will not respond to any further requests made by Phal Sok to appear as petitioner's "next friend."

DATED: October 22, 2008.

                                                                  U.S. MAGISTRATE JUDGE

1
pena2753.sok