# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VINCENT PENA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL KNOWLES, et al.,<br><br>Respondent.<br>_____ | No. 2:06 CV 02753 AWT<br><br>JUDGMENT |

Pursuant to the Order of Dismissal, signed and filed concurrently with this Judgment, **IT IS ADJUDGED** that the amended petition for writ of habeas corpus and this action are hereby **DISMISSED.**

Dated: July 18, 2009

                                                    */s/ A. Wallace Tashima*
                                                    United States Circuit Judge
                                                    Sitting by designation.